**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 6 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO 20-972-WJ |
| ) | |
| vs. ) | Count 1: 18 U.S.C. §§ 1153 and |
| ) | 1112(a): Voluntary Manslaughter; |
| **TRUDY MARTINEZ,** ) | |
| ) | Count 2: 18 U.S.C. § 924(c)(1)(A)(iii): |
| Defendant. ) | Using and Carrying, a Firearm During and |
| ) | in Relation to a Crime of Violence, |
| ) | and Possessing a Firearm in Furtherance of |
| ) | Such Crime; Discharging Said Firearm. |
| ) | |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about April 26, 2019, in Indian Country, in McKinley County, in the District of

New Mexico, the defendant, **TRUDY MARTINEZ**, an Indian, upon sudden quarrel and

therefore without malice, unlawfully killed Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 1112(a).

### Count 2

On or about April 26, 2019, in Indian Country, in McKinley County, in the District of

New Mexico, the defendant, **TRUDY MARTINEZ**, knowingly used, and carried a firearm,

during and in relation to a crime of violence for which the defendant may be prosecuted in a

court of the United States, specifically, voluntary manslaughter as charged in Count 1 of this

information, and in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, the defendant, **TRUDY MARTINEZ**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any interest she may have in an AR-15 Bushmaster Model BK5037442 rifle with the serial number XM15-E25 and twenty (20) rounds of 5.56mm Winchester brand ammunition.

JOHN C. ANDERSON
United States Attorney

THOMAS J. ALIBERTI
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103-0607
(505) 346-7274

2