IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                              No. 1:20 CR 972 WPJ

TRUDY MARTINEZ,

      Defendant.

## MOTION TO CONTINUE
## SENTENCING AND MOTION DEADLINES

    NOW COMES the defendant, Trudy Martinez, by and through her counsel Irma Rivas and Alonzo Padilla Assistant Federal Public Defenders and move the Court to continue the current sentencing date of June 22, 2020 and the corresponding motion deadlines.

    As grounds for this request, counsel states:

    1.    Ms. Martinez was arrested on May 9, 2019 by criminal complaint charging her with Murder in violation of 18 U.S.C. §1111 and Use of a Firearm in a crime of violence in violation of 18 U.S.C. §924(c).  On May 10, 2019, Ms. Martinez appeared before the Hon. Steven C. Yarbrough for a preliminary and detention hearing.  Ms. Martinez was ordered detained and has remained in the custody of the United States Marshal Service.  Currently, she is being held at the Santa Fe County Adult Detention Center.

2.	On March 16, 2020, Ms. Martinez entered a plea of guilty to one count of Voluntary Manslaughter in violation of 18 U.S.C. §1153 and one count of Using and Carrying a Firearm During and in Relation to a Crime of Violence and Possessing a Firearm in Furtherance of such crime; discharging such Firearm in violation of 18 U.S.C. 924(C)(1)(A)(iii).

3.	Ms. Martinez has requested an in person pretrial interview given the serious nature of this case.  Because of the current Covid-19 pandemic, no in person visits are allowed at the Santa Fe County Adult Detention Center, the facility where she is currently an inmate.  She requests additional time so that an in person interview may be scheduled in preparation of the completion of the presentence report.

4.	Assistant U.S. Attorney Thomas Aliberti does not oppose this motion for continuance.

WHEREFORE, defendant Trudy Martinez respectfully requests that the Court continue the sentencing date of June 22, 2020 for sixty (60) days, and that the court further grant a continuance of the corresponding motion deadlines.

| | |
|---|---|
| I HEREBY CERTIFY THAT on the 13th Day of April 2020, I filed the foregoing electronically through the CM/ECF system, which caused AUSA Thomas Aliberti to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489 |
| _____ *filed electronically* | /s/  *filed electronically*   .<br>IRMA RIVAS, AFPD<br>ALONZO PADILLA, AFPD<br>Attorneys for Defendant |