UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 20-972 WJ | USA vs. | Martinez |
| Date: | 9/10/2021 | Name of Deft: | Trudy Martinez |
| Before the Honorable: | Chief District Judge William P. Johnson | | |
| Time In/Out: | 10:03am – 11:20pm | Total Time in Court **(for JS10):** | 1 hour and 17 minutes |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran |
| AUSA: | Thomas Aliberti | Defendant's Counsel: | Irma Rivas |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A |
| Probation Officer: | Jason Hunt | Interpreter Sworn? | [ ] Yes [ ] No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | [ ] Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | Counts 1 and 2 of Information | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 3/16/2021 | PSR: | | Not Disputed | X | Disputed | X | Courts adopts PSR Findings |
| Evidentiary Hrg: | X | Not Needed | | Needed | Exceptions to PSR: | | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | 108 months as to Count 1; 120 months as to Count 2; Count 2 shall run consecutive to Count 1 for a total term of 228 months. |
| Supervised Release: | 3 years as to Count 1; 5 years as to Count 2, said terms shall run concurrently for a total term of 5 years | Probation: |

| | | | | | |
|---|---|---|---|---|---|
| REC | X | The Court recommends the 500-Hour Drug Program, any high school or GED classes, and any additional classes re parenting, psychology and/or accounting. | | BOP Sex Offender Program | Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable | |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for months days |
| | Comply with ICE laws and regulation | X | Community service for 50 hours |
| X | Participate in outpatient substance abuse treatment program | | Reside halfway house months days |
| X | Submit to substance abuse testing not to exceed 60 test per year | | Undergo a sex offense-specific assessment and participate in sex offender treatment program, if deemed necessary |
| X | Participate in/successfully complete mental health program | | If recommended in the sex offense-specific assessment, you must begin attending and participating in sex offender treatment consistent with the recommendations of the evaluation |
| X | Must take all mental health medications that are prescribed by your treating physician | | Register as sex offender |
| X | Must not use/possess alcohol and submit to no more than 4 tests a day | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with victim's family | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| X | Waive right of confidentiality for treatment providers | | Restricted from occupation with access to children |
| X | Must not knowingly use or possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | X | Participate in an educational/vocational program |
| | You must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia | | Participate in anger management/parenting/domestic violence program |
| | OTHER: | | |

 Rev. November 10, 2015

| | | | |
|---|---|---|---|
| Fine: $ | 0.00 | Restitution: $ | 7,628.90; pursuant to the Mandatory Victim Restitution Act, it is further ordered that the defendant will make restitution to G.M. in the amount of $1,628.90 and to the Crime Victim Reparation Commission (CVRC) in the amount of $6,000.00. Restitution shall be paid in full, or in monthly installments of $50 or 10% of the defendant's income, whichever is greater, until paid in full. |
| SPA: $ | 200.00 | Payment Schedule: | X Due Immediately / ☐ Waived |

OTHER: Consistent with a stipulation in the Plea Agreement, the defendant forfeits her rights, title, and interest to a Bushmaster model BK5037442, AR-15 rifle, bearing serial no. XM15-E25; and, twenty rounds of 5.56-millimeter Winchester ammunition.

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Remanded into custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | In order of preference: FCI Bryant, TX; FCI Carswell, TX; FCI Dublin |
| | Dismissed Counts: | | |

OTHER COMMENTS:

Mr. Rivas advises PSR reviewed with Client; no objections to factual recitations; notes Objections filed; Mr. Aliberti has no objection to guideline calculations
The Court takes up Defendant's Objections to the PSR re Ms. Rivas argues in support of objection to 2 level enhancement for obstruction of justice.
Mr. Aliberti responds in opposition.
Ms. Rivas replies.
The Court overrules Defendant's objection.
As to County 1, the Court finds the offense level to be 28, criminal history category is II, resulting in a sentencing guideline range of 87 to 108 months; there is a mandatory 120 month term as to Count 2 that must run consecutive to Count 1, therefore making the sentencing range 207 to 228 months.
Mr. Aliberti addresses the Court in support of a recommendation of a term at the high end of the sentencing range.
Ms. Rivas addresses the Court on behalf of her client; notes her client wished to read a letter to her brother today, but he is not present for the hearing; Court suggests that, if the Government does not object, the letter can be delivered to her brother; Mr. Aliberti will inquire if the family will accept the letter; Ms. Rivas continues to address the Court on behalf of her client.
Defendant addresses the Court.
The Court reviews 3553 factors; specifically, the history and characteristics of the Defendant, including criminal history.